MINNIE E. O'CONNOR et al., Respondents, v. GEORGE J. BAUER, Appellant.

*O'Connor* v. *Bauer*, 127 App. Div. 854. affirmed.
(Submitted October 7, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 27, 1908, in favor of plaintiffs upon the submission of a controversy pursuant to section 1279 of the Code of Civil Procedure, as to whether the defendant is bound by certain covenants in his title to refrain from erecting any building on a strip of land that may obstruct windows in plaintiffs' adjoining building.

*Horace J. Tuttle* for appellant.

*Joseph M. Feely* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.